ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (No. 172009)
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-0142
    Email: andrew.brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 11-306-DSF |
| Plaintiff, | ) |
| v. | ) DOCUMENT |
| | ) **(UNDER SEAL)** |
| ORLANDO RIGOBERTO PEREZ-SANCHEZ, | ) |
| JOSE JUAN MARISCAL GONZALEZ, and | ) Sentencing Dates: |
| RIGOBERTO PEREZ, | ) Current: January 28, 2013 |
| Defendants. | ) Proposed: October 28, 2013 |

```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    ANDREW BROWN (No. 172009)
 4  Assistant United States Attorney
         1400 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-0102
         Facsimile: (213) 894-0142
 7       Email: andrew.brown@usdoj.gov
    Attorneys for Plaintiff
 8  UNITED STATES OF AMERICA
```

ORIGINAL

FILED
CLERK U.S. DISTRICT COURT
JAN - 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           dp        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 11-306-DSF |
|---|---|
| Plaintiff, | ) DOCUMENT |
| v. | ) **(UNDER SEAL)** |
| ORLANDO RIGOBERTO PEREZ-SANCHEZ,<br>JOSE JUAN MARISCAL GONZALEZ, and<br>RIGOBERTO PEREZ, | ) Sentencing Dates:<br>)   Current: January 28, 2013<br>)   Proposed: October 28, 2013 |
| Defendants. | ) |

Plaintiff, United States of America, by and through its attorney of record, and defendant RIGOBERTO PEREZ ("defendant"), through his counsel of record, hereby stipulate as follows:

1. Sentencing is currently set for January 28, 2013, at 8:30. There has been one previous request to continue sentencing.

2. By this stipulation, defense counsel and the government jointly request that the Court continue sentencing to October 28,

1  2013, at 10:30, or as soon thereafter as is convenient for the
2  court for the following reason:
3      a.  Defendant has been working undercover for the DEA.
4  The case agent is pleased with his work and wants him to continue
5  it for much longer than the requested continuance.  Defendant
6  also wishes to have his sentencing continued so that he can
7  continue to cooperate with the government, but at this time does
8  not want to delay his sentencing beyond October 28, 2013.
9  October 28, 2013, is also the date that sentencing is set for the
10 lead defendant at 10:30.  The parties believe that sentencing at
11 10:30 is preferable to 8:30 because they anticipate that much of
12 the hearing will be devoted to a discussion of defendant's
13 cooperation.
14     IT IS SO STIPULATED.

DATE:  December 28, 2012         Respectfully submitted,
                                 ANDRÉ BIROTTE JR.
                                 United States Attorney

                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                 /s/
                                 ANDREW BROWN
                                 Assistant United States Attorney
                                    Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

/s/ Peter Johnson /A.B.          December 28, 2012
PETER JOHNSON                         Dated
Attorney for Defendant
[by email authorization]

2

CERTIFICATE OF SERVICE

I, **ALEJANDRA SOTO**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy:

**DOCUMENT**

service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[✓] Placed in a sealed envelope for collection and mailing via United States Mail addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By e-mail as follows:

[ ] By federal express as follows:

**Peter Johnson**
**Law Office of Peter Johnson**
**409 North Pacific Coast Highway**
**Suite 651**
**Redondo Beach, CA 90277**

This Certificate is executed on **December 28, 2012**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Alejandra Soto